720

No. —. Ex parte Chesteen McConnell;
No. —. Ex parte Harrison Howard;
No. —. Ex parte Leonard Palmore; and
No. —. Ex parte Carl Jackson. January 10, 1944. The motions for leave to file petitions for writs of habeas corpus are denied.

No. 71. United States v. Laudani. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Solicitor General Fahy* for the United States. *Mr. Harold Simandl* for respondent.

No. 75. United States v. Blair, individually and to the use of Roanoke Marble & Granite Co., Inc. October 11, 1943. Petition for writ of certiorari to the Court of Claims granted. *Solicitor General Fahy* for the United States. *Messrs. H. C. Kilpatrick* and *Richard S. Doyle* for respondent.

No. 84. Dixie Pine Products Co. v. Commissioner of Internal Revenue. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Mr. T. J. Wills* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Messrs. Sewall Key* and *Samuel H. Levy,* and *Mrs. Maryhelen Wigle* for respondent.